UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **HUEY P. GARDNER** | **CIVIL ACTION NO. 12-1914-P** |
| **VERSUS** | **JUDGE HICKS** |
| **CADDO PARISH SHERIFF, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous. **IT IS FURTHER ORDERED** his motions for service and correction of classification (Docs. 32, 39 and 44) are **DENIED** as moot.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 4th day of March, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE